DAVID J. BEAUVAIS (CA Bar # 84275)
409 13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile:   (510) 832-3610

Attorney for Plaintiff
JAMES D. TACKETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES D. TACKETT,  ) No. 2:11-cv-01210-MCE-JFM
                    )
         Plaintiff, ) **STIPULATION AND ORDER FOR**
                    ) **DISMISSAL OF ACTION WITH**
    vs.             ) **PREJUDICE**
                    )
COUNTY OF SACRAMENTO; D. BENATO, )
a peace officer employed by the Sacramento )
County Sheriff's Department; E. McATEE, )
a peace officer employed by the Sacramento )
County Sheriff's Department; and DOES 1 )
through 20, )
                    )
         Defendants. )
_____)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED among the parties through their respective counsel that this action be dismissed with prejudice.

DATED: March 7, 2012


                                /s/ David J. Beauvais
                                DAVID J. BEAUVAIS
                                Attorney for Plaintiffs


STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE                           1

DATED: March 7, 2012

PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ Glen A. Williams
Terence J. Cassidy
Glen A. Williams
Attorney for Defendants

## ORDER

This matter having resolved in its entirety, the Clerk of Court is hereby directed to close the file.

IT IS SO ORDERED.

Dated: March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE