DAVID J. BEAUVAIS (CA Bar # 84275)
409 13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile:   (510) 832-3610

Attorney for Plaintiff
JAMES D. TACKETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. TACKETT,<br><br>       Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; D. BENATO, a peace officer employed by the Sacramento County Sheriff's Department; E. McATEE, a peace officer employed by the Sacramento County Sheriff's Department; and DOES 1 through 20,<br><br>       Defendants. | No. 2:11-cv-01210-MCE-JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED among the parties through their respective counsel that this action be dismissed with prejudice.

DATED: March 7, 2012

                                        /s/ David J. Beauvais
                                        DAVID J. BEAUVAIS
                                        Attorney for Plaintiffs

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE                                    1

DATED: March 7, 2012

PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ Glen A. Williams
Terence J. Cassidy
Glen A. Williams
Attorney for Defendants

## ORDER

This matter having resolved in its entirety, the Clerk of Court is hereby directed to close the file.

IT IS SO ORDERED.

Dated: March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE